# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:20-MC-141-MOC-DCK

| | |
|---|---|
| DUSTIN ZIMMERMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| PHILIPS NORTH AMERICA, LLC, et al., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 6) filed by Charles E. Raynal, IV, concerning Lora A. Brzezynski on September 14, 2020. Lora A. Brzezynski seeks to appear as counsel *pro hac vice* for Plaintiff, Dustin Zimmerman. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 6) is **GRANTED**. Lora Z. Brzezynski is hereby admitted *pro hac vice* to represent Plaintiff, Dustin Zimmerman.

Signed: September 15, 2020

David C. Keesler
United States Magistrate Judge