IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-MC-141-MOC-DCK

| | |
|---|---|
| DUSTIN ZIMMERMAN, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| PHILIPS NORTH AMERICA, LLC, et al., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 7) filed by Charles E. Raynal, IV, concerning Thatcher A. Rahmeier on September 14, 2020. Thatcher A. Rahmeier seeks to appear as counsel *pro hac vice* for Plaintiff Dustin Zimmerman. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 7) is **GRANTED**. Thatcher A. Rahmeier is hereby admitted *pro hac vice* to represent Plaintiff Dustin Zimmerman.

Signed: September 15, 2020

David C. Keesler
United States Magistrate Judge