IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-MC-141-MOC-DCK

| | |
|---|---|
| DUSTIN ZIMMERMAN, | ) |
| Petitioner, | ) |
| v. | ) **ORDER** |
| PHILIPS NORTH AMERICA, LLC, et al., | ) |
| Respondent. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 8) filed by Jeffrey P. MacHarg, concerning Kirsten R. Rydstrom on September 15, 2020. Kirsten R. Rydstrom seeks to appear as counsel *pro hac vice* for Respondents Philips North America LLC, Philips Medical Systems Nederland B.V., Philips India Ltd., Philips Medical Systems (Cleveland), Inc., Philips Medical System Technologies Ltd., and Koninklijke Philips N.V. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 8) is **GRANTED**. Kirsten R. Rydstrom is hereby admitted *pro hac vice* to represent Respondents.

Signed: September 15, 2020

David C. Keesler
United States Magistrate Judge